UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

SOLIBELLE, LLC, FOREST, LLC, APEX
DEVELOPMENT COMPANY, LLC, and
PILAVIN PROPERTIES, LLC

Plaintiffs,

C.A. No. 19-cv-00020

CITY OF PAWTUCKET, PAWTUCKET
REDEVELOPMENT AGENCY,
PAWTUCKET CITY COUNCIL MEMBERS,
MUNICIPAL DEFENDANTS, and JOHN
DOE.

Defendants.

## ENTRY OF APPEARANCE

I, Theodore Orson, hereby enter my appearance in the above-captioned matter as counsel for City of Pawtucket and Pawtucket Redevelopment Agency.

**City of Pawtucket and
Pawtucket Redevelopment Agency**
By its Attorneys,

*/s/ Theodore Orson*
Theodore Orson, Esq. (#3871)
Orson and Brusini Ltd.
144 Wayland Avenue
Providence, RI  02906
(401) 223-2100
torson@orsonandbrusini.com
Dated: January 17, 2019

## CERTIFICATE OF SERVICE

I hereby certify that on 17th day of January, 2019 this document has been filed electronically with the Court, is available for viewing and downloading from the ECF system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

/s/ *Theodore Orson*